UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Kevin G. McDonald
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Bryan S. Bloomfield

**Order Filed on November 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:   19-27848 ABA

Chapter: 7

Hearing Date: November 19, 2019 at 10:00 A.M.

Judge: Andrew B. Altenburg Jr.

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 19, 2019**

*(signature)*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐  Real Property More Fully Described as:

■  Personal Property More Fully Describes as: **2017 Toyota Camry, VIN: 4T1BF1FK8HU363426,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Bryan S Bloomfield  
    Debtor

Case No. 19-27848-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 19, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.  
db          Bryan S Bloomfield,    1020 Carrol Ave Orchard Court,    Pennsville, NJ    08070

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:
           Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
            jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
           Gary M. Salber    on behalf of Debtor Bryan S Bloomfield gsalberlaw@comcast.net
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
            kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
           Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
            rsolarz@kmllawgroup.com
           Robert J. Malloy    on behalf of Creditor    DIFCU ecf.rjmalloylaw@gmail.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 6